UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS SHINAVER,<br>    Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | No. 1:14-cv-727<br><br>HONORABLE PAUL L. MALONEY |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having affirmed the final decision of the Commissioner, as required by Rule 58 of the Federal Rule of Civil Procedure, **JUDGMENT ENTERS.**

  **THIS ACTION IS TERMINATED.**

  **IT IS SO ORDERED.**

Date:  August 4, 2015                         /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge